# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: UNUMPROVIDENT CORPORATION SHAREHOLDER DERIVATIVE LITIGATION | Lead Case No.: 1:02-CV-386<br>Judge Curtis L. Collier<br>Magistrate Judge Clifford Shirley<br>MDL Case No.: 1:03-md-1552 |

## ORDER

This matter is before the Court upon the Unopposed Motion of the Plaintiff Intervenors, Rosemary Coverdale Munson and Richard Laver, to intervene as Plaintiffs in the UnumProvident Corporation Shareholder Derivative Litigation. Based upon the Motion filed by Derivative Co-Lead Counsel, the Memorandum in Support of the Unopposed Motion to Intervene, and the fact that the motion is unopposed, the Court finds that the Motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that the Unopposed Motion to Intervene filed by the Plaintiff Intervenors, Rosemary Coverdale Munson and Richard Laver be and is hereby GRANTED. Derivative Co-Lead Counsel shall electronically file and serve the Verified Shareholder Derivative Complaint in Intervention.

ENTERED this _____ day of _____, 2007.

                                                                      s/ C. Clifford Shirley, Jr.
                                                    Honorable C. Clifford Shirley, Jr.

APPROVED FOR ENTRY:


 /s/ C. Dewey Branstetter, Jr.
C. Dewey Branstetter, Jr.
BRANSTETTER, STRANCH & JENNINGS, PLLC
227 Second Avenue North, Fourth Floor
Nashville, TN  37201
615/254-8801 - office


 /s/ Karen L. Morris (w/permission)
Karen L. Morris
MORRIS AND MORRIS LLC
COUNSELORS AT LAW
4001 Kennett Pike, Ste. 300
Wilmington, DE  19807
302/426-0400 - office

*Co-Lead Counsel for Derivative Plaintiffs*