UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| In re: | ) | Lead Case No. 1:02-cv-386 |
| | ) | |
| UNUMPROVIDENT CORP. | ) | |
| DERIVATIVE LITIGATION | ) | MDL Case No. 1:03-md-1552 |
| | ) | Chief Judge Curtis L. Collier |

## ORDER

On April 9, 2009, Plaintiffs filed a motion for final approval of the proposed settlement and for an award of attorney's fees (Court File No. 66). On April 29, 2009, the Court held a fairness hearing concerning approval of the proposed settlement and orally granted approval for the proposed settlement.

This Order confirms that the motion for approval of the proposed settlement (Court File No. 66) was **GRANTED** and the proposed settlement was **APPROVED**. The remainder of Plaintiffs' motion which concerned an award of attorney's fees has already been addressed (Court File No. 100).

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**